NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARCHERDX, LLC, THE GENERAL HOSPITAL CORPORATION, dba Massachusetts General Hospital,**
*Plaintiffs- Appellees*

**v.**

**QIAGEN SCIENCES, LLC, QIAGEN LLC, fka QIAGEN, Inc., QIAGEN BEVERLY, LLC, fka QIAGEN Beverly, Inc., QIAGEN GAITHERSBURG, LLC, fka QIAGEN Gaithersburg, Inc., QIAGEN GMBH, QIAGEN N.V., JONATHAN ARNOLD,**
*Defendants-Appellants*

---

2023-2350

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01019-MN, Judge Maryellen Noreika.

-------------------------------------------------

**ARCHERDX, LLC, THE GENERAL HOSPITAL CORPORATION, dba Massachusetts General Hospital,**
*Plaintiffs-Appellants*

**v.**

**QIAGEN SCIENCES, LLC, QIAGEN LLC, fka QIAGEN, Inc., QIAGEN BEVERLY, LLC, fka QIAGEN Beverly, Inc., QIAGEN GAITHERSBURG, LLC, fka QIAGEN Gaithersburg, Inc., QIAGEN GMBH, QIAGEN N.V., JONATHAN ARNOLD,**
*Defendants-Appellees*

————————————

2023-2379

————————————

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01019-MN, Judge Maryellen Noreika.

————————————

**ON MOTION**

————————————

**O R D E R**

The parties jointly stipulate to dismiss the cross-appeal, Appeal No. 2023-2379, pursuant to Federal Rule of Appellate Procedure 42(b). Qiagen Sciences, LLC, Qiagen LLC, Qiagen Beverly, LLC, Qiagen Gaithersburg, LLC, Qiagen GmbH, Qiagen N.V., and Jonathan Arnold (collectively, "Qiagen") move unopposed for a 14-day extension of time, until April 15, 2024, to file the reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Appeal No. 2023-2379 is dismissed. The revised official caption for the remaining appeal, Appeal No. 2023-2350, is reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2023-2379.

(3)  The motion is granted.  Qiagen's reply brief is due no later than April 15, 2024.

(4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2023-2350.

FOR THE COURT



March 27, 2024
           Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2023-2379 only):
March 27, 2024